# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAKENIA MAHDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-cv-00183-MTS |
| | ) |
| JULIAN L. BUSH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's First Amended Complaint is **DISMISSED** without prejudice, each party to bear his, her, or its own cost.

Dated this 24th day of September, 2020.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE